

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00339-CV

In the Guardianship of George V. **GARCIA**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:       Karen Angelini, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

Delivered and Filed:  August 3, 2016

DISMISSED FOR LACK OF JURISDICTION

Appellant Fred Vincent Norris filed a notice of appeal from an order granting a motion to approve the hiring of appellate counsel in a guardianship proceeding. Because it appeared the challenged order was interlocutory and not appealable, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. *See Estate of Alexander*, No. 04-14-00575-CV, 2014 WL 4629111, at *1 (Tex. App.—San Antonio Sept. 17, 2014, no pet.); *In the Guardianship of Glasser*, 297 S.W.3d 369, 372-73 (Tex. App.—San Antonio 2009, no pet.); *In the Matter of the Estate of Levinson*, Nos. 04-08-00782-CV, 04-08-00929-CV, 04-09-00092-CV, 2009 WL 3400935, at *5 (Tex. App.—San Antonio Oct. 21, 2009, no pet.). No response was filed. We, therefore, dismiss this appeal for lack of jurisdiction.

PER CURIAM